Henry A. CULVER and Thomas Gobel Culver; Lucille Culver Bonn and Mable Culver Watson, individually and as Executrices under the Will of Fannie Culver Iverson, v. CARTER OIL COMPANY et al.

No. 10680.

United States Court of Appeals
Sixth Circuit.

Oct. 19, 1948.

Thaddeus G. Benton, of New York City, for appellants.

Wm. M. Acton, of Danville, Ill., L. C. Flournoy, Jr., of Henderson, Ky., and J. D. Ruark and E. R. Morton, both of Morganfield, Ky., for appellees.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This cause comes before the court upon the motion of appellees to dismiss the appeal for failure of appellants to print and deliver to the Clerk of the Court twenty-four copies of the record on appeal, as required by Rule 20 of the court.

Upon being advised, the court hereby grants said motion; and orders that the appeal be and is hereby dismissed.